

Anthony Damelio
Anthony@KakalecLaw.com

May 15, 2026

By ECF

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

      Re:    *Carter et al. v. City of New York*
             Civ. No. 25-cv-8803 (PAE)

Dear Judge Engelmayer:

Our firm, along with Delince Law PLLC and Margaret McIntyre, represents the Plaintiffs in the above-referenced action. Plaintiffs write, pursuant to this Court's Individual Rule 1(E), to respectfully request a short extension of the deadlines for Plaintiffs to oppose Defendant's motion to dismiss and for Defendant to file any reply.

Pursuant to the Order dated March 20, 2026 (ECF No. 14), this Court set the deadline for Plaintiffs to oppose any forthcoming motion to dismiss to be within fourteen (14) days after Defendant filed any such motion. Defendant filed its motion to dismiss on May 7, 2026 (*see* ECF Nos. 18–19), which establishes May 21, 2026, as the current deadline for Plaintiffs to file any opposition to the motion.

In light of personal scheduling matters for counsel and my having recently joined the firm, Plaintiffs respectfully request a fourteen-day extension of this deadline and a concomitant extension of the deadline for Defendant to file any reply, which would make June 4, 2026, the deadline for Plaintiffs to oppose the motion to dismiss, and June 11, 2026, the deadline for Defendant to file any reply. No other dates will be affected by the requested extension.

This is Plaintiffs' first request for extension of time to file an opposition to Defendant's motion to dismiss and for Defendant to file any reply. We have conferred with counsel for Defendant who indicates that Defendant consents to the requested extension of time.

Kakalec Law PLLC
26 Court Street, Suite 1612, Brooklyn NY 11242
(212) 705-8730; (646) 759-1587 (fax)
www.KakalecLaw.com

The Hon. Paul A. Engelmayer
May 15, 2026
Page 2 of 2

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Anthony J Damelio III

Anthony Damelio
*Counsel for Plaintiffs*

cc:    All counsel by ECF

GRANTED.

SO ORDERED.

Date:  May 18, 2026
       New York, New York

PAUL A. ENGELMAYER
United States District Judge

2